[No. 66662-2-I. Division One. April 25, 2011.]

CATHERINE HILL, *Appellant*, v. WINDSONG VILLAGE APARTMENTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-06664-4, James R. Orlando, J., entered December 31, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Spearman, JJ.

[No. 66668-1-I. Division One. April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN NICHOLAS FARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01708-7, Barbara D. Johnson, J., entered November 25, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 66669-0-I. Division One. April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS HAROLD COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00915-9, Wm. Thomas McPhee, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Spearman, JJ.

[No. 66736-0-I. Division One. April 25, 2011.]

RICHARD W. WHIPPLE, *Respondent*, v. FRANCES E. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02697-9, Jeanette Dalton, J., entered October 20, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Spearman, J.